UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | No. 3:08-00088 |
| | ) | JUDGE ECHOLS |
| **TIMOTHY ORLANDO WHITE** | ) | |
| | ) | |

## ORDER

For the reasons stated in the Memorandum entered contemporaneously herewith, Defendant Timothy Orlando White's Motion To Suppress (Docket Entry No. 23) is hereby DENIED.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE